

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
P.O. BOX 112
TRENTON, NJ 08625-0112

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

March 4, 2024

***Via CM/ECF only***
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
402 East State Street
Trenton, New Jersey 08608

> **Re: *Lovaglio v. Baston*, No. 3:23-cv-21803-GC-RLS**

Dear Judge Singh:

The parties write jointly to update the Court and request that the responsive-pleading deadline in this matter be held in abeyance until further order of the Court.

Over the past months, the parties have engaged in settlement discussions to try to resolve this dispute in good faith. Those discussions have been productive, and the parties plan to continue negotiating in the hopes of agreeing to a resolution that would ultimately obviate the need for further litigation.

Currently, Defendants' responsive-pleading deadline is March 5, 2024. *See* ECF 20. To give the parties more time to continue negotiations, and to conserve the Court's own resources, the parties therefore jointly ask that Defendants' responsive-pleading deadline be held in abeyance until further order of the Court. *See* Fed. R. Civ. P. 6(b)(1)(A), 12(a). In addition, the parties would welcome a status conference in approximately three months, or at the Court's convenience, to be able to provide a further update on how discussions have progressed.



HUGHES JUSTICE COMPLEX• TELEPHONE: 609-376-3200  • FAX: 609-777-4036
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

The parties have attached a proposed consent order to this joint letter, and are happy to file a formal joint motion if the Court would prefer such.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

/s/ Jean Reilly
Jean Reilly
Assistant Attorney General

/s/ Michael R. Sarno
Michael R. Sarno
Deputy Attorney General

*Attorneys for Defendants, Kaitlan Baston and Nancy Scotto-Rosato, in their official capacities*

PASHMAN STEIN WALDER HAYDEN, P.C.

/s/ CJ Griffin
CJ Griffin, Esq.
*Co-counsel for Plaintiffs*

INSTITUTE FOR JUSTICE

/s/ Robert Frommer
Robert Frommer, Esq.*

/s/ Brian A. Morris
Brian A. Morris, Esq.*

*Co-counsel for Plaintiffs*
*\*Pro Hac Vice Counsel*

cc:  All counsel of record (via CM/ECF)

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants, Kaitlan Baston and Nancy Scotto-Rosato, in their official
  capacities

By:    Jean Reilly, Assistant Attorney General
       Michael R. Sarno, Deputy Attorney General
       (609) 376-3200
       Jean.Reilly@law.njoag.gov/Michael.Sarno@law.njoag.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HANNAH LOVAGLIO, J.L. and B.L., by next friend, Hannah Lovaglio, *et al.*, | CIVIL ACTION NO.: 3:23-cv-21803 |
| Plaintiffs, | **CONSENT ORDER TO STAY TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING** |
| v. | |
| KAITLAN BASTON, *et al.*, | |
| Defendants. | |

This matter having been opened before the Court by Matthew J. Platkin,

Attorney General of New Jersey, and Jean Reilly, Assistant Attorney General, and

Michael R. Sarno, Deputy Attorney General, appearing on behalf of Defendants,

Kaitlan Baston and Nancy Scotto-Rosato, in their official capacities, and C.J.

Griffin, Esq., Robert Frommer, Esq. and Brian A. Morris, Esq. appearing on behalf

of Plaintiffs, for a Consent Order to stay or hold Defendants' responsive-pleading

deadline in abeyance until further order of this Court,

IT IS on this _____ day of _____, 2024,

**ORDERED** that Defendants' time to answer, move or otherwise respond to

the complaint is hereby stayed until further order of the Court.

By way of stipulation between counsel, we hereby consent to the form and

entry of the within Order.

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

/s/ Jean Reilly
Jean Reilly
Assistant Attorney General

/s/ Michael R. Sarno
Michael R. Sarno
Deputy Attorney General

*Attorneys for Defendants, Kaitlan Baston and Nancy Scotto-Rosato, in their official capacities*


PASHMAN STEIN WALDER HAYDEN, P.C.

/s/ CJ Griffin
CJ Griffin, Esq.
*Co-counsel for Plaintiffs*
INSTITUTE FOR JUSTICE

/s/ Robert Frommer
Robert Frommer, Esq.*

/s/ Brian A. Morris

Brian A. Morris, Esq.*

*Co-counsel for Plaintiffs*
*\*Pro Hac Vice* Admissions

It is so ordered.

_____