

**CJ Griffin**
Member of the Firm
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct: 201.270.4930
Fax: 201.488.5556
cgriffin@pashmanstein.com

June 4, 2024

**FILED AND SERVED VIA CM/ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

**Re:** *HANNAH LOVAGLIO, J.L. and B.L., by next friend, Hannah Lovaglio, et al., v. KAITLAN BASTON, et al.* **Civil Action No.: 3:23-cv-21803**

Dear Magistrate Judge Singh:

We submit this letter in accordance with the Court's order issued on March 6, 2024, on behalf of both Plaintiffs and Defendants (collectively, the "Parties").

On March 4, 2024, the Parties submitted a letter to the Court requesting that the responsive pleading deadline in this matter be held in abeyance until further order of the Court because the Parties were engaged in settlement discussions to try and resolve the dispute (which concerns the retention of residual dried blood spots by the New Jersey Department of Health's Newborn Screening Laboratory) in good faith. This request was granted by Consent Order issued on March 6, 2024. *See* Doc. 22.

Since then, the Parties continued to work together to resolve the dispute, and discussed potential changes to the State's program, but have not been able to reach a mutually agreeable resolution. As a result, Plaintiffs ask the Court to lift the abeyance so the case can proceed. Plaintiffs also ask the Court to set the time for Defendants to answer, move, or otherwise respond to the Complaint as June 25, 2024—21 days from the date of this letter. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). The State does not object to that proposed period of time.

Respectfully submitted,

/s/ CJ Griffin
CJ Griffin, Esq. (NJ Bar No. 031422009)
PASHMAN STEIN WALDER HAYDEN, P.C.

/s/ Robert Frommer
Robert Frommer, Esq.*
INSTITUTE FOR JUSTICE

Matthew J. Platkin
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Jean Reilly
Jean Reilly
Assistant Attorney General



June 4, 2024
Page 2

| | |
|---|---|
| /s/ Brian A. Morris<br>Brian A. Morris, Esq.*<br>INSTITUTE FOR JUSTICE<br><br>/s/ Christen M. Hebert<br>Christen M. Hebert, Esq.*<br>INSTITUTE FOR JUSTICE<br><br>*Attorneys for Plaintiffs*<br>**Pro Hac Vice Counsel* | /s/ Michael R. Sarno<br>Michael R. Sarno<br>Deputy Attorney General<br><br>*Attorneys for Defendants* |