MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625
Attorney for Defendants, Kaitlan Baston and Nancy Scotto-Rosato

By:  Jean P. Reilly (N.J. No. 021081997)
     Assistant Attorney General
     609-649-4574
     jean.reilly@law.njoag.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON**

| | |
|---|---|
| **HANNAH LOVAGLIO, J.L.** and **B.L.**, by next friend, Hannah Lovaglio, | Hon. Georgette Castner, U.S.D.J. |
| **ERICA JEDYNAK**, **JEREMIAH JEDYNAK**, and **C.J.**, by next friends, Erica and Jeremiah Jedynak, | Hon. Rukhsanah L. Singh, U.S.M.J. |
| *Plaintiffs*, | Civil Action No. 3:23-cv-21803 |
| v. | |
| **KAITLAN BASTON**, Commissioner of the New Jersey Department of Health, sued in her official capacity, and | **NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT IN LIEU OF AN ANSWER** |
| **NANCY SCOTTO-ROSATO**, Assistant Commissioner for the Division of Family Health Services, sued in her official capacity, | |
| *Defendants*. | |

TO:
   Clerk, United States District Court, District of New Jersey
   Clarkson S. Fisher Bldg. and U.S. Courthouse
   402 East State Street
   Trenton, New Jersey 08608

   All Counsel of Record (via CF/ECF)

**PLEASE TAKE NOTICE** that on **Monday, December 16, 2024**, or as soon thereafter as counsel may be heard, the undersigned, attorney for Defendants – Kaitlan Baston and Nancy Scotto-Rosato – will apply to the United States District Court for the District of New Jersey for an Order dismissing Plaintiffs' First Amended Complaint and all claims against them with prejudice.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached Briefs, proposed Order and Certification of Service in support of the motion.

                MATTHEW J. PLATKIN
                ATTORNEY GENERAL OF NEW JERSEY

        By: /s/ Jean P. Reilly
             Jean P. Reilly
             Assistant Attorney General