MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625
Attorney for Defendants, Kaitlan Baston and Nancy Scotto-Rosato

By: Jean P. Reilly (N.J. No. 021081997)
    Assistant Attorney General
    609-649-4574
    jean.reilly@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**VICINAGE OF TRENTON**

| | |
|---|---|
| **HANNAH LOVAGLIO, J.L.** and **B.L.**, by next friend, Hannah Lovaglio, | Hon. Georgette Castner, U.S.D.J. |
| **ERICA JEDYNAK**, **JEREMIAH JEDYNAK**, and **C.J.**, by next friends, Erica and Jeremiah Jedynak, | Hon. Rukhsanah L. Singh, U.S.M.J. |
| *Plaintiffs*, | Civil Action No. 3:23-cv-21803 |
| v. | |
| **KAITLAN BASTON**, Commissioner of the New Jersey Department of Health, sued in her official capacity, and | **ORDER** |
| **NANCY SCOTTO-ROSATO**, Assistant Commissioner for the Division of Family Health Services, sued in her official capacity, | |
| *Defendants*. | |

This matter having been opened to the Court upon the application of Matthew J. Platkin, Attorney General of New Jersey, and Jean P. Reilly, Assistant Attorney General, appearing on behalf of Defendants, Kaitlan Baston and Nancy Scotto-Rosato, for an Order granting their Motion to Dismiss Plaintiffs' First Amended Complaint and all claims against them with prejudice in lieu of an Answer, and the Court having considered the moving papers, and any opposition submitted, and for good cause shown,

It is on this _____ day of _____, 2024,

**ORDERED** that the Motion to Dismiss Plaintiffs' First Amended Complaint and all claims against Defendants, Kaitlan Baston and Nancy Scotto-Rosato, is hereby granted and all claims in the above-referenced matter against them are dismissed with prejudice; and it is further

**ORDERED** that this Court shall provide any additional relief as it deems necessary and just.

_____
Hon. Georgette Castner, U.S.D.J.