MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625
Attorney for Defendants, Kaitlan Baston and Nancy Scotto-Rosato

By:   Michael R. Sarno (N.J. No. 028492004)
      Deputy Attorney General
      609-376-3200
      Michael.Sarno@law.njoag.gov

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### VICINAGE OF TRENTON

| | | |
|---|---|---|
| **HANNAH LOVAGLIO, J.L.** and **B.L.**, by next friend, Hannah Lovaglio, | : : | Hon. Georgette Castner, U.S.D.J. |
| **ERICA JEDYNAK**, **JEREMIAH JEDYNAK**, and **C.J.**, by next friends, Erica and Jeremiah Jedynak, | : : : | Hon. Rukhsanah L. Singh, U.S.M.J. |
| *Plaintiffs*, | : : | Civil Action No. 3:23-cv-21803 |
| v. | : : | |
| **KAITLAN BASTON**, Commissioner of the New Jersey Department of Health, sued in her official capacity, and | : : : : | **CERTIFICATE OF SERVICE** |
| **NANCY SCOTTO-ROSATO**, Assistant Commissioner for the Division of Family Health Services, sued in her official capacity, | : : : : | |
| *Defendants*. | | |

I hereby certify that on **November 15, 2024**, the within Notice of Motion, accompanying Brief, proposed Order, this Certification of Service and Defendants' Reply Brief were electronically filed with the Clerk of the United States District Court for the District of New Jersey via the CM/ECF system.  These motion papers were simultaneously served upon all counsel of record via the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Michael R. Sarno
Michael R. Sarno

Date: November 15, 2024