

**CJ Griffin**
Partner
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct: 201.270.4930
Fax: 201.488.5556
cgriffin@pashmanstein.com

May 14, 2025

**FILED AND SERVED VIA CM/ECF**
Hon. Georgette Castner, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

**Re:** ***HANNAH LOVAGLIO, J.L. and B.L., by next friend, Hannah Lovaglio, et al., v. KAITLAN BASTON, et al.*** <u>**Civil Action No.: 3:23-cv-21803**</u>

Dear Judge Castner:

This firm represents Plaintiffs Hannah Lovaglio, J.L. and B.L., by next friend, Hannah Lovaglio, Erica Jedynak, Jeremiah Jedynak, and C.J., by next friends, and Erica and Jeremiah Jedynak, in the above-referenced action.

Pursuant to Local Civil Rule 101.1(c)(5), we respectfully request Your Honor's approval of the withdrawal of Brian A. Morris as *pro hac vice* counsel. Mr. Morris was admitted *pro hac vice* on behalf of Plaintiffs by this Court's Order on February 5, 2024 (ECF No. 15). The law firms of Pashman Stein Walder Hayden, P.C. and the Institute for Justice will continue to represent Plaintiffs in this action.

If Your Honor approves, we respectfully request that you "So Order" this letter and have it filed on the docket. Thank you for your consideration.

Respectfully submitted,

<u>/s/ CJ Griffin</u>
CJ Griffin, Esq. (NJ Bar No. 031422009)
PASHMAN STEIN WALDER HAYDEN, P.C.

Brian A. Morris, Esq.*
Robert Frommer, Esq.*
Christen M. Hebert, Esq.*
INSTITUTE FOR JUSTICE

*Attorneys for Plaintiffs*
**Pro Hac Vice Counsel*

cc: All counsel of record (via CM/ECF)



May 14, 2025
Page 2


SO ORDERED:


_____

Hon. Georgette Castner, U.S.D.J.