UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HANNAH LOVAGLIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KAITLAN BASTON, *et al.*,<br><br>Defendants. | Civil Action No. 23-21803 (GC) (RLS)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Defendants Kaitlan Baston and Nancy Scotto-Rosato's Motion to Dismiss Plaintiffs' First Amended Complaint (FAC). (ECF No. 45.) Following briefing by the parties, the Court carefully considered the submissions and decided the motions without oral argument pursuant to Federal Rule of Civil Procedure (Rule) 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Opinion, and other good cause shown,

**IT IS** on this 8th day of August, 2025 **ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED in part** and **DENIED in part**.

    a. Plaintiffs' request for an order requiring the New Jersey Department of Health to "[o]btain voluntary, informed consent from the parent or legal guardian . . . before New Jersey retains any blood spot after the newborn screening tests are completed," as set forth in Paragraph 179 of the FAC, is **DISMISSED** without prejudice for lack of standing.

    b. Counts I and II of the FAC are **DISMISSED** without prejudice.

2. Defendants' Motion is **DENIED** in all other respects.

3. Plaintiffs shall have thirty (30) days to file a Second Amended Complaint in accordance with Local Rule 15.1(b), to the extent Plaintiffs can cure the deficiencies cited herein. Failure to file an amended complaint within that time will render the dismissal final. *See Mann v. A.O. Smith Corp.*, Civ. No. 21-2361, 2023 WL 2344225, at *2 (3d Cir. Mar. 3, 2023) ("A district court's dismissal without prejudice for failure to state a claim is converted into a dismissal with prejudice if plaintiff 'declar[es] his intention to stand on his complaint' by failing to timely amend it. . . ."); *Hoffman v. Nordic Nats., Inc.*, 837 F.3d 272, 279 (3d Cir. 2016) ("When that 30-day period expired, the District Court's decision became final.").

4. The Clerk's Office is directed to **TERMINATE** Defendants' Motions to Dismiss (ECF No. 45).

5. The Clerk's Office is directed to **ADMINISTRATIVELY TERMINATE** this case subject to reopening and relisting to the Court's active docket upon the filing of the Second Amended Complaint.

*[signature]*
GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE