

**CJ Griffin**
Member of the Firm
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct: 201.270.4930
Fax: 201.488.5556
cgriffin@pashmanstein.com

August 28, 2025

**FILED AND SERVED VIA CM/ECF**
Hon. Georgette Castner, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Re:   *HANNAH LOVAGLIO, J.L. and B.L., by next friend, Hannah Lovaglio, et al., v. KAITLAN BASTON, et al.*
**Civil Action No.: 3:23-cv-21803**

Dear Judge Castner:

Under Local Rule 6.1 and your Honor's judicial preferences, Plaintiffs respectfully ask the Court to approve a two-week extension of time to file and serve their second amended complaint.

By way of background, on August 8, 2025, the Court granted in part and denied in part Defendants' Motion to Dismiss (ECF 45), granting Plaintiffs thirty (30) days to file a second amended complaint (ECF 61). The due date for Plaintiffs to file a second amended complaint is currently September 8, 2025. If the Court grants a two-week extension, the new deadline would be September 22, 2025.

The parties have conferred, and Defendants do not oppose the extension. No other extensions of time have been requested in relation to this filing.

Respectfully submitted,

/s/ CJ Griffin
CJ Griffin, Esq. (NJ Bar No. 031422009)
Pashman Stein Walder Hayden, P.C.



August 28, 2025
Page 2

        /s/ Robert Frommer
        Robert Frommer, Esq.*
        Institute for Justice

        /s/ Christen M. Hebert
        Christen M. Hebert, Esq.*
        Institute for Justice

        *Attorneys for Plaintiffs*
        **Pro Hac Vice Counsel*

cc: All counsel of record (via CM/ECF)

It is so ordered this 29th
day of August, 2025

_____
GEORGETTE CASTNER, U.S.D.J.