

CJ Griffin
Member of the Firm
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct: 201.270.4930
Fax: 201.488.5556
cgriffin@pashmanstein.com

September 18, 2025

**FILED AND SERVED VIA CM/ECF**
Hon. Georgette Castner, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

**Re:** *HANNAH LOVAGLIO, J.L. and B.L., by next friend, Hannah Lovaglio, et al., v. KAITLAN BASTON, et al.*
**Civil Action No.: 3:23-cv-21803**

Dear Judge Castner:

Under Local Rule 6.1 and your Honor's judicial preferences, Plaintiffs respectfully ask the Court to approve a two-week extension of time to file and serve their second amended complaint.

By way of background, on August 8, 2025, the Court granted in part and denied in part Defendants' Motion to Dismiss (ECF 45), granting Plaintiffs thirty (30) days to file a second amended complaint (ECF 61). Plaintiffs requested a two-week extension of time in relation to this filing (ECF 63), which was granted on August 29, 2025. The due date for Plaintiffs to file a second amended complaint is currently September 22, 2025. Plaintiffs continue to diligently work with their attorneys on that complaint but require additional time given the complexity of the issues. The extension will allow Plaintiffs to ensure the amended complaint addresses this Court's prior ruling. If the Court grants Plaintiffs their requested two-week extension, the new deadline would be October 6, 2025.

The parties have conferred, and Defendants do not oppose the extension. This is Plaintiffs' second request for extension of time in relation to this filing. No additional extensions will be sought.



September 18, 2025
Page 2

        Respectfully submitted,

        <u>/s/ CJ Griffin</u>
        CJ Griffin, Esq. (NJ Bar No. 031422009)
        Pashman Stein Walder Hayden, P.C.

        <u>/s/ Robert Frommer</u>
        Robert Frommer, Esq.*
        Institute for Justice

        <u>/s/ Christen M. Hebert</u>
        Christen M. Hebert, Esq.*
        Institute for Justice

        *Attorneys for Plaintiffs*
        **Pro Hac Vice Counsel*

cc: All counsel of record (via CM/ECF)