

**State of New Jersey**
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 114
TRENTON, NJ 08625-0114

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Director*

November 12, 2025

*Via the CM/ECF system*
Hon. Georgette Castner, U.S.D.J.
United States District Court for the District of New Jersey
402 East State Street – Courtroom 5E
Trenton, NJ 08608

      **Re: *Lovaglio, et al. v. Baston, et al.*, 3:23-cv-21803-GC-RLS**

Dear Judge Castner:

      This office represents Defendants in the above-referenced matter. We are writing, jointly with counsel for Plaintiffs, to respectfully request the following briefing schedule, if acceptable to Your Honor:

- December 3, 2025: Defendants' response to Plaintiffs' Second Amended Complaint, which was filed on October 6, 2025. (ECF No. 66). This is the second extension request to date regarding this pleading; and

- January 21, 2026: Plaintiffs' brief in response.

      We respectfully request this briefing schedule due to the press of other work matters and staffing constraints. We thank Your Honor for your consideration of this application.




November 12, 2025
Page 2

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Amy Chung
      Amy Chung
      Deputy Attorney General

c:    All counsel of record