JOHN-PAUL MADDEN *
MATTHEW P. MADDEN
MICHAEL V. MADDEN *
TIMOTHY R. BIEG *
REGINA M. PHILIPPS *
JAMES R. BIRCHMEIER †
EDWARD N. ROMANIK
MARK W. STRASLE *
ROBIN J. GOTTILLA
DAVID E. MADDEN ▫

LAW OFFICES
# MADDEN & MADDEN
A PROFESSIONAL CORPORATION

WWW.MADDENMADDEN.COM

JAMES J. MADDEN
• MICHAEL P. MADDEN
OF COUNSEL

• RULE 1:40 QUALIFIED MEDIATOR
† CERTIFIED BY THE SUPREME COURT
OF NJ AS A CIVIL TRIAL ATTORNEY
* MEMBER OF NJ AND PA BAR
▫ MEMBER OF NJ AND NY BAR

November 10, 2025

The Honorable Georgette Castner, U.S.D.J.
United States District Court
District of New Jersey - Trenton
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**RE:**  Hannah Lovaglio, et al. v. Kaitlan Baston et al.
Civil Action No: 3:23-cv-21803

Dear Judge Castner:

As Your Honor's records will reflect, this office represents the Newborn Screening Alliance (the "NSA"), which previously appeared as amicus curiae in the above-captioned matter. The NSA respectfully requests the opportunity to file another amicus curiae brief, in the event Defendants file a motion to dismiss Plaintiff's Amended Complaint, for the reasons set forth in detail in the NSA's September 18, 2024 correspondence to Your Honor (Doc 38).

I thank the Court very much for its courtesies and consideration herein.

It is so ordered this 14th day
of November, 2025

*/s/ Georgette Castner*
GEORGETTE CASTNER, U.S.D.J.

Respectfully submitted,

MADDEN & MADDEN, P.A.

*/s/ Regina Philipps*
Regina M. Philipps

cc: Elisa Seeger (via email)

HADDONFIELD OFFICE
108 KINGS HIGHWAY EAST, SUITE 200, P. O. BOX 210
HADDONFIELD, NJ 08033
PHONE 856-428-9520 | FAX 856-428-7335

TUCKAHOE OFFICE
1891 STATE HIGHWAY 50, P. O. BOX 582
TUCKAHOE, NEW JERSEY 08250
PHONE 609-628-3414 | FAX 609-628-2966