

**CJ Griffin**
Member of the Firm
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct: 201.270.4930
Fax: 201.488.5556
cgriffin@pashmanstein.com

January 12, 2026

FILED AND SERVED VIA CM/ECF
Hon. Georgette Castner, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Re:   *HANNAH LOVAGLIO, J.L. and B.L., by next friend, Hannah Lovaglio, et al., v. KAITLAN BASTON, et al.* Civil Action No.: 3:23-cv-21803

Dear Judge Castner:

Under Local Rule 6.1 and your Honor's judicial preferences, Plaintiffs respectfully ask the Court to approve a three-week extension of time to file and serve their response to Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint.

By way of background, Plaintiffs served their Second Amendment Complaint on October 6, 2025. Defendants then requested two extensions for their Answer/Motion to Dismiss deadline, and, in conjunction with their second extension, proposed an extended deadline for Plaintiffs' response to any motion.

On November 14, 2025, the Court granted Defendants' extension request and ordered Defendants to serve their response to Plaintiffs' Second Amended Complaint by December 3, 2025, and Plaintiffs to serve Defendants with opposition papers by January 21, 2026 (EFC No. 74). Defendants served their Motion to Dismiss upon Plaintiffs on December 3, 2025.

Plaintiffs have conferred with Defendants and propose the following briefing schedule, if acceptable to Your Honor:

- February 11, 2026: Plaintiffs' response to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint; and

- March 13, 2026: Defendants' reply to Plaintiffs' response to the Motion to Dismiss.



January 12, 2026
Page 2

We respectfully request this briefing schedule due to the press of other work matters and staffing constraints. This would be the second extension for Plaintiffs' response deadline and the first extension for Defendants' reply deadline. We thank you for your consideration of this application.

        Respectfully submitted,

        /s/ CJ Griffin
        CJ Griffin, Esq. (NJ Bar No. 031422009)
        Pashman Stein Walder Hayden, P.C.

        /s/ Robert Frommer
        Robert Frommer, Esq.*
        Institute for Justice

        /s/ Christen M. Hebert
        Christen M. Hebert, Esq.*
        Institute for Justice

        /s/ Daniel Woislaw
        Daniel Woislaw, Esq.*
        Institute for Justice

        *Attorneys for Plaintiffs*
        *\*Pro Hac Vice Counsel*

cc: All counsel of record (via CM/ECF)