JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
25 Market Street
P.O. Box 093
Trenton, New Jersey 08625-0093
Attorney for Defendants, Kaitlan Baston and Nancy Scotto-Rosato

By:    Jean P. Reilly (N.J. No. 021081997)
       Assistant Attorney General
       (609) 649-4574
       jean.reilly@law.njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## VICINAGE OF TRENTON

|  |  |
|---|---|
| **HANNAH LOVAGLIO, J.L.** and **B.L.**, by next friend, Hannah Lovaglio, **ERICA JEDYNAK**, **JEREMIAH JEDYNAK**, and **C.J.**, by next friends, Erica and Jeremiah Jedynak,<br><br>             *Plaintiffs*,<br><br>      v.<br><br>**KAITLAN BASTON**, Commissioner of the New Jersey Department of Health, sued in her official capacity, and **NANCY SCOTTO-ROSATO**, Assistant Commissioner for the Division of Family Health Services, sued in her official capacity,<br><br>             *Defendants*. | Hon. Georgette Castner, U.S.D.J.<br><br>Hon. Rukhsanah L. Singh, U.S.M.J.<br><br>Civil Action No. 3:23-cv-21803<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT IN LIEU OF AN ANSWER** |

TO:

Clerk, United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

All Counsel of Record (via CF/ECF)

**PLEASE TAKE NOTICE** that on **Monday, April 6, 2026**, or as soon thereafter as counsel may be heard, the undersigned, attorney for Defendants, Kaitlan Baston and Nancy Scotto-Rosato, will apply to the United States District Court for the District of New Jersey for an Order dismissing Plaintiffs' Second Amended Complaint and all claims against them with prejudice.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached Briefs, attached Declarations, proposed Order and Certification of Service in support of the motion.

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Jean P. Reilly
Jean P. Reilly
Assistant Attorney General

2