**INSTITUTE FOR JUSTICE**
Robert Frommer*
901 N. Glebe Rd., Ste. 900
Arlington, Virginia 22203
(703) 682-9320
rfrommer@ij.org

Christen Mason Hebert*
Daniel Woislaw*
816 Congress Ave., Ste. 970
Austin, Texas 78701
(703) 682-9320
chebert@ij.org
dwoislaw@ij.org

*Counsel for Plaintiffs*
*admitted *Pro Hac Vice*

**PASHMAN STEIN WALDER HAYDEN, P.C**
CJ Griffin (NJ Bar No. 031422009)
21 Main Street, Suite 200
Hackensack, New Jersey 07601
(201) 270-4930
cgriffin@pashmanstein.com

*Local Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(Trenton Vicinage)**

|  |  |
|---|---|
| **HANNAH LOVAGLIO**, et al. <br><br> *Plaintiffs,* <br><br> v. <br><br> **KAITLAN BASTON**, et al. <br><br> *Defendants* | Hon. Georgette Castner, U.S.D.J. <br><br> Hon. Rukhsanah L. Singh, U.S.M.J. <br><br> **Civil Action No.: 3:23-cv-21803** |

## DECLARATION OF ERICA JEDYNAK

I, Erica Jedynak, declare under penalty of perjury that the following is true:

1

1.    I am an American citizen and resident of Rockaway Township, New Jersey. I am over the age of eighteen. This declaration is in support of Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.

2.    I am married to Jeremiah Jedynak, and together we have one son, Plaintiff C.J. who was born in New Jersey and who turned two in December 2023.

3.    At birth, New Jersey punctured C.J.'s heel and physically manipulated it to collect his blood for the state's newborn screening program.

4.    Before this lawsuit, no person involved with the collection and testing of C.J.'s blood ever sought or obtained mine or my husband's consent before collection and testing.

5.    It is my understanding that New Jersey has retained C.J.'s remaining blood.

6.    Before this lawsuit, New Jersey never sought nor obtained mine nor my husband's consent to keep C.J.'s remaining blood or to use the blood for other purposes, such as giving or selling the blood to third parties.

2

7. Jeremiah and I intend to have more children.

8. My husband and I purchased a 4-bedroom home so that we would have room to grow the family.

9. Additionally, we have diligently retained and stored C.J.'s crib, stroller, toys and baby clothes for his future siblings.

10. We want and are actively trying for another child.


Dated __10th__ day of February, 2026.

_____Erica Jedynak_____
Erica Jedynak

3