JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
25 Market Street
P.O. Box 114
Trenton, New Jersey 08625-0114
Attorney for Defendants, Kaitlan Baston and Nancy Scotto-Rosato

By:    Amy Chung (N.J. No. 023372001)
       Deputy Attorney General
       (609) 376-3300
       amy.chung@law.njoag.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON**

|  |  |  |
|---|---|---|
| **HANNAH LOVAGLIO**, **J.L.** and **B.L.**, by next friend, Hannah Lovaglio, **ERICA JEDYNAK**, **JEREMIAH JEDYNAK**, and **C.J.**, by next friends, Erica and Jeremiah Jedynak, | : : : : : | Hon. Georgette Castner, U.S.D.J. |
| *Plaintiffs*, | : : : | Hon. Rukhsanah L. Singh, U.S.M.J. |
| v. | : : | Civil Action No. 3:23-cv-21803 |
| **KAITLAN BASTON**, Commissioner of the New Jersey Department of Health, sued in her official capacity, and **NANCY SCOTTO-ROSATO**, Assistant Commissioner for the Division of Family Health Services, sued in her official capacity, | : : : : : : | **CERTIFICATE OF SERVICE** |
| *Defendants*. | : : | |

I hereby certify that on March 16, 2026, I electronically filed Defendants'

Reply Brief in Further Support of Their Motion to Dismiss Plaintiffs' Second

Amended Complaint, dated March 13, 2026, with the Clerk of Court and served all counsel of record using the CM/ECF system.

   s/ Amy Chung
AMY CHUNG
