INSTITUTE FOR JUSTICE
Robert Frommer*
901 N. Glebe Rd., Ste. 900
Arlington, Virginia 22203
(703) 682-9320
rfrommer@ij.org

Christen Mason Hebert*
Daniel Woislaw*
816 Congress Ave., Ste. 970
Austin, Texas 78701
(703) 682-9320
chebert@ij.org
dwoislaw@ij.org

Counsel for Plaintiffs
*admitted Pro Hac Vice

PASHMAN STEIN WALDER HAYDEN, P.C
CJ Griffin (NJ Bar No. 031422009)
21 Main Street, Suite 200
Hackensack, New Jersey 07601
(201) 270-4930
cgriffin@pashmanstein.com

Local Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (Trenton Vicinage)

| | |
|---|---|
| **HANNAH LOVAGLIO**, et al. | Hon. Georgette Castner, U.S.D.J. |
| *Plaintiffs,* | |
| v. | Hon. Rukhsanah L. Singh, U.S.M.J. |
| **KAITLAN BASTON**, et al. | **Civil Action No.: 3:23-cv-21803** |
| *Defendants* | |

## DECLARATION OF ERICA JEDYNAK

I, Erica Jedynak, declare under penalty of perjury that the following is true:

1

1.  I am an American citizen and resident of Rockaway Township, New Jersey. I am over the age of eighteen and a Plaintiff in this lawsuit.

2.  I am married to Jeremiah Jedynak, and together we have one son, Plaintiff C.J. who was born in New Jersey and who turned two in December 2023.

3.  As previously declared to this Court, Jeremiah and I have intended to have more children, and have taken steps towards that goal.

4.  Jeremiah and I were recently pleased to learn that I am pregnant with my next child. The arrival date for that child is estimated to be around December 31, 2026.

5.  Neither Jeremiah nor I consent to have our next child's blood taken for testing, nor do we consent to having it be retained and used by Defendants post-testing.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on June _16_, 2026.

Erica Jedynak (Jun 16, 2026 16:50:20 CDT)

Erica Jedynak

2

# Jedynak Declaration 6.16.2026
Final Audit Report                                                                    2026-06-16

| | |
|---|---|
| Created: | 2026-06-16 |
| By: | Cara Di Silvio (cdisilvio@ij.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAFHIqJ8VG7yglHAZ_g8snKGKgUZXhY6ro |

## "Jedynak Declaration 6.16.2026" History

📄 Document created by Cara Di Silvio (cdisilvio@ij.org)
2026-06-16 - 9:37:45 PM GMT

✉ Document emailed to Erica Jedynak (erica@jedynak.net) for signature
2026-06-16 - 9:37:49 PM GMT

📄 Email viewed by Erica Jedynak (erica@jedynak.net)
2026-06-16 - 9:40:49 PM GMT

✍ Document e-signed by Erica Jedynak (erica@jedynak.net)
Signature Date: 2026-06-16 - 9:50:20 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

✅ Agreement completed.
2026-06-16 - 9:50:20 PM GMT

**Adobe Acrobat Sign**